UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN M WAGSTAFFE, et al.,<br><br>    Defendants. | Case No. 15-cv-06231-JCS<br><br>**AMENDED[1] ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

Civil Local Rule 3-12(c) provides that "[w]henever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the lowest-numbered case with a request that the Judge assigned to the lowest-numbered case consider whether the cases are related."

One week before Plaintiff Antonio Cortez Buckley filed this action against several prosecutors in the San Mateo District Attorney's office, he filed an action against several Redwood City police officers, which was assigned to the Honorable Donna Ryu. *See Buckley v. Gamez*, No. 4:15-cv-5961-DMR (N.D. Cal.). The undersigned finds that this case might be related to *Gamez*. Buckley alleges in *Gamez* that the police officer defendants prepared a false and incomplete report and failed to take appropriate action against four individuals who assaulted Buckley, and alleges here that the prosecutor defendants failed to adequately prosecute the attackers and relied on the false police report in order to shield the officers.

Accordingly, this action is REFERRED to Judge Ryu pursuant to Rule 3-12(c) for a determination of whether this action is related to *Gamez*. Any party may file a response,

---

[1] This Amended Order supersedes the previously filed Order to correct a spelling error in the name of the potentially related case. It is *Buckley v. Gamez*, not *Buckley v. Gomez*. The Order is otherwise identical.

1  opposition, or statement in support of relating the cases **no later than March 28, 2016.**  The case
2  management conference set for April 1, 2016 is VACATED.
3  **IT IS SO ORDERED.**
4  Dated: March 22, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge