UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JR GAMEZ, et al.,<br><br>    Defendants. | Case No. 4:15-cv-05961-DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for June 1, 2016 has been CONTINUED to **July 6, 2016 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Joint Case Management Statement is due no later than June 29, 2016**.**

**IT IS SO ORDERED.**

Dated: May 10, 2016

Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

    Plaintiff,

  v.

JR GAMEZ, et al.,

    Defendants.

Case No.  4:15-cv-05961-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Cortez Buckley
540 Price Avenue
Redwood City, CA 94063

Dated: May 10, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2