United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

        Plaintiff,

    v.

JR GAMEZ, et al.,

        Defendants.

Case No.  15-cv-05961-DMR

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 12

On May 10, 2016, the court issued an Order Dismissing the Case and granting Plaintiff leave to amend the complaint by May 24, 2016.  [Docket No. 12.]  The Order stated that failure to timely amend the complaint may result in dismissal without prejudice for failure to prosecute the case.  Plaintiff did not file an amended complaint by May 24, 2016.  Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: May 26, 2016

                        Donna M. Ryu
                     United States Magistrate Judge