UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JR GAMEZ, et al.,<br><br>    Defendants. | Case No. 15-cv-05961-DMR<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO AMEND THE COMPLAINT**<br><br>Re: Dkt. No. 16 |

On May 10, 2016, the court issued an Order Dismissing the Case and granting Plaintiff leave to amend the complaint by May 24, 2016. [Docket No. 12.] The Order stated that failure to timely amend the complaint may result in dismissal without prejudice for failure to prosecute the case. Plaintiff did not file an amended complaint by May 24, 2016. Accordingly, on May 26, 2016, the court issued an Order Dismissing the Case without Prejudice for Failure to Prosecute and a Judgment and closed the case file. [Docket Nos. 14 and 15.]

On May 31, 2016, Plaintiff filed a motion for an extension of time to amend his complaint, stating that the National Association for the Advancement of Colored People has accepted his case and would appoint him a lawyer within a week. [Docket No. 16.] Plaintiff's case has already been closed and a judgment has been entered. As the case is now closed, the court will not respond to further submissions filed under this case number.

However, Plaintiff's case was dismissed without prejudice and he is free to file a new case.

**IT IS SO ORDERED.**

Dated: June 3, 2016

Donna M. Ryu
United States Magistrate Judge